# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | |
| V. | \* | Cr. No. GLR-23-461 |
| **DEMETRIOUS RICH, JR.** | \* | |
| **Defendant** | \* | |
| For: **DEMETRIOUS RICH, JR.** | \* | |

## DEFENDANT'S MOTION TO SEAL

Defendant, Demetrious Rich, by his undersigned counsel, hereby respectfully requests that his memorandum in aid of sentencing be submitted under seal. That memorandum contains personal and private information that should not be made public.

Respectfully submitted,

_____/s/_____
Richard Bardos, Of Counsel
Schulman, Hershfield & Gilden, P.A.
1 East Pratt Street, 9th Floor
Baltimore, Maryland 21202
rbardos@shg-legal.com
(410) 332 0850

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th of May, 2025, a copy of the foregoing was served electronically by email and ECF to: Office of the United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201 and all defense counsel.

_____/s/_____
Richard Bardos